

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

The State of Texas, Appellant

No. 06-19-00139-CR          v.

Billy John Bell, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 27013). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the trial court's order dismissing the indictment and remand this case to the trial court for further proceedings.

We further order that the appellee, Billy John Bell, pay all costs of this appeal.

RENDERED JANUARY 10, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk